AO 10
Rev. 1/2014

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Willams, Mary Ellen C. | US Court of Federal Claims | 10/21/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☑ Amended Report | 01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

717 Madison Place, N.W.
Suite 612
Washington, DC 20439

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member - Content Advisory Board | ABA Section of Intellectual Property Law |
| 2. | Council Member, Section Delegate | ABA Section of Public Contract Law |
| 3. | Member - Board of Visitors | Duke University School of Law |
| 4. | Adjunct Profesor | Johns Hopkins University |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Willams, Mary Ellen C. | 10/21/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2014 | Johns Hopkins University | $7,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2014 | Self-employed - Financial Advisor |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | ABA and Administrative Office of the U.S. Courts | 2/8/2014-2/11/2014 | Chicago, IL | ABA Mid-year Meeting | Lodging/Transportation/Food |
| 2. | ABA | 3/21/2014-3/22/2014 | Annapolis, MD | Federal Procurement Institute | Lodging/Mileage/Parking |
| 3. | New York Intellectual Property Association | 3/28/2014-3/29/2014 | New York, NY | Annual Dinner in Honor of the Judiciary | Lodging/Transportation/Food |
| 4. | Duke University School of Law | 4/10/2014-4/11/2014 | Durham, NC | Board of Visitors Spring Meeting | Lodging/Transportation/Food |
| 5. | ABA | 6/4/2014-6/5/2014 | Kansas City, MO | ABA Board Procedures and Operations Committee Meeting | Lodging/Transportation |

| Name of Person Reporting | Date of Report |
|---|---|
| **Willams, Mary Ellen C.** | 10/21/2015 |

| | | | | |
|---|---|---|---|---|
| 6. | ABA | 7/17/2014-7/17/2014 | Chicago, IL | ABA SCOPO Marketing Subcommittee Meeting | Transportation |
| 7. | ABA and Administrative Office of the U.S. Courts | 8/8/2014-8/12/2014 | Boston, MA | ABA Annual Meeting | Lodging/Transportation/Food |
| 8. | Federal Judicial Center | 9/9/2014-9/12/2014 | Los Angeles, CA | Mediation Skills Workshop | Transportation/Food |
| 9. | Duke University School of Law | 10/9/2014-10/10/2014 | Durham, NC | Board of Visistors Fall Meeting | Lodging/Transportation/Food |
| 10. | ABA and Administrative Office of the U.S. Courts | 10/30/2014-11/01/2014 | Miami, FL | ABA Public Contract Law Panel and Meeting | Lodging/Transportation/Food |
| 11. | ABA | 11/12/2014-11/13/2014 | Charleston, SC | ABA Board of Governors Meeting | Lodging/Transportation/Food |

| Name of Person Reporting | Date of Report |
|---|---|
| Willams, Mary Ellen C. | 10/21/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Time Warner Common Stock (TWX) | A | Dividend | J | T | | | | | |
| 2. Time Warner Cable (TWC) | A | Dividend | J | T | | | | | |
| 3. Time Inc. New | A | Dividend | J | T | Spinoff (from line 2) | 01/01/14 | J | A | |
| 4. AOL | A | Dividend | J | T | | | | | |
| 5. Abbott Lab Common Stock (ABVIE) | A | Dividend | J | T | | | | | |
| 6. Abbott Laboratories (ABT) | A | Dividend | J | T | Spinoff (from line 5) | 01/01/14 | J | A | |
| 7. Wells Fargo Checking | A | Interest | K | T | | | | | |
| 8. U.S. Savings Bonds | A | Interest | | | Redeemed | 06/09/14 | J | A | |
| 9. 6/10/91 Irrevocable Ins. Trust #1 Beneficiary | | None | N | T | | | | | |
| 10. 6/10/91 Irrecovcable Ins. Trust #2 Beneficiary | | None | N | T | | | | | |
| 11. Riversource Variable Universal Life Ins. | | None | M | T | | | | | |
| 12. Riversource Variable Universal Life Ins. | | None | L | T | | | | | |
| 13. Wells Fargo (MM) | A | Interest | J | T | | | | | |
| 14. Wells Fargo Checking | A | Interest | J | T | | | | | |
| 15. Fidelity Adv. Level Co. Stock-A (FLSAX) | A | Dividend | K | T | | | | | |
| 16. Fidelity Adv. Stock Sel. Cap Cl. A (FMAMX) | A | Dividend | L | T | | | | | |
| 17. Fidelity Adv. Diverse Int'l-A (FDVAX) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Willams, Mary Ellen C. | 10/21/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. RVS Variable Annuity (IRA) | A | Dividend | N | T | | | | | |
| 19. Eaton Vance Nat'l Muni (EANAX) | A | Interest | K | T | Sold | 01/09/14 | J | A | |
| 20. Eaton Vance Nat'l Muni (EANAX) | A | Interest | J | T | Sold | 01/21/14 | J | A | |
| 21. Eaton Vance Nat'l Muni (EANAX) | A | Interest | J | T | Sold | 01/21/14 | J | A | |
| 22. Ameriprise MM | A | Interest | L | T | | | | | |
| 23. Ameriprise Cash | A | Interest | J | T | | | | | |
| 24. Pimco Income Cl. A (PONAX) | D | Interest | M | T | | | | | |
| 25. Invesco Endeavor (ATDAX) | A | Dividend | L | T | | | | | |
| 26. Invesco Convertible (CNSAX) | A | Dividend | K | T | | | | | |
| 27. First Eagle Overseas Cl. A (SGOVX) | B | Dividend | M | T | | | | | |
| 28. Ivy Micro Cap Growth Cl. A (IGWAX) | A | Dividend | K | T | | | | | |
| 29. Managers Yacktman (YAFFX) | A | Dividend | M | T | | | | | |
| 30. Putnam Cap Opp.ys Cl. A (PCOAX) | A | Dividend | L | T | | | | | |
| 31. Ridgeworth Agressive Growth STK Cl. A (SAGAX) | A | Dividend | K | T | | | | | |
| 32. Sun America Focu Div Strategy (FDSAX) | A | Dividend | K | T | | | | | |
| 33. Virtus Emerging Markets Opp.y Cl. A. (HEMZX) | A | Dividend | J | T | | | | | |
| 34. Wells Fargo Advantage Premier Large Co (EKJAX) | E | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Willams, Mary Ellen C.** | 10/21/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Ameriprise (AMP) (X) | A | Dividend | K | T | | | | | |
| 36. Nuveen Core Div Cl. A (NCDAX) | A | Dividend | K | T | Buy | 08/14/14 | K | | |
| 37. Catalyst Insider Buying CLA (INSAX) | A | Dividend | K | T | Buy | 10/10/14 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Willams, Mary Ellen C.** | 10/21/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, line 7: Manulife Fin'l Corp. (MFC) is not listed in the 2014 report as all shares had been sold in 2013. The 2013 amended report contained two entries for partial sales, which combined equaled the complete sale of the asset. The first part was sold on April 12, 2013, and the last part was sold on August 15, 2013, as noted in the 2013 amended report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Mary Ellen C. Willams**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544